UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-31 M** |
| | : | |
| **v.** | : | |
| | : | |
| **RICHARD YOUNG,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott at telephone number (202) 514-7533 and/or email address Michael.Truscott2@usdoj.gov.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

---

    Michael T. Truscott
    New York Bar
    Assistant United States Attorney
    Federal Major Crimes
    555 4th Street, NW, Room 4237
    Washington, DC 20530
    (202) 514-7533
    Michael.Truscott2@usdoj.gov